# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2832

_____

Donald R. Frazier, also known as Donald Muhammad

*Plaintiff - Appellant*

v.

City of Pine Bluff, Arkansas, A public body corporate; Mike Sweeney; Matthew Henry; Jeff Hubanks, Chief Individually and His Official Capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: August 2, 2018
Filed: August 13, 2018
[Unpublished]

_____

Before GRUENDER, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Donald Frazier appeals after the district court[1] adversely granted summary judgment in his civil rights action.

Upon careful *de novo* review, we conclude that, as to the issues raised on appeal, summary judgment was properly granted for the reasons stated by the district court. *See Odom v. Kaizer*, 864 F.3d 920, 921 (8th Cir. 2017) (reviewing grant of summary judgment *de novo*); *see also Ahlberg v. Chrysler Corp.*, 481 F.3d 630, 638 (8th Cir. 2007) (stating that points not meaningfully argued on appeal were waived). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.